1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  JO GRAVES
   Senior Assistant Attorney General
4  WARD A. CAMPBELL
   Supervising Deputy Attorney General
5  State Bar No. 88555
     1300 I Street
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 324-5251
     Fax: (916) 324-2960
8  Attorneys for Respondent

9             IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

**ISMAEL ARELLANO,**

                    Petitioner-Appellee,    CIV-S-92-1630 DFL GGH

         v.

**THOMAS L. CAREY,**

                    Respondent-Appellant.


**AMENDED [DRAFT] ORDER GRANTING
RESPONDENT'S MOTION
FOR STAY OF JUDGMENT PENDING APPEAL**

BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
JO GRAVES
Senior Assistant Attorney General
WARD A. CAMPBELL
Supervising Deputy Attorney General
State Bar No. 88555
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5251
  Fax: (916) 324-2960
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ARELLANO,<br><br>                                   Petitioner-Appellee,<br><br>    v.<br><br>THOMAS L. CAREY,<br><br>                              Respondent-Appellant. | CIV-S-92-1630 DFL GGH<br><br>**AMENDED ORDER GRANTING RESPONDENT'S MOTION FOR STAY OF JUDGMENT PENDING APPEAL** |

      FOR GOOD CAUSE SHOWN, and in light of petitioner's non-opposition due to the expedited appeal in this matter, the Court grants respondent's motion for stay of the judgment filed March 31, 2005 pending appeal.

Dated: 6/29/2005

                                                                       */s/ David F. Levi*
                                                             DAVID F. LEVI
                                                              Chief United States District Judge

WAC:sra
SA1992FH0107

2